# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-25-00261-CR

**Dominique Leon Ferris, Appellant**

**v.**

**The State of Texas, Appellee**

## FROM THE 264TH DISTRICT COURT OF BELL COUNTY
## NO. 83953, THE HONORABLE PAUL L. LEPAK, JUDGE PRESIDING

## O R D E R   A N D   M E M O R A N D U M   O P I N I O N

**PER CURIAM**

Appellant Dominique Leon Ferris has filed a motion to abate this appeal for the trial court's consideration of his motion requesting a supplemental sealed clerk's record containing certain documents that the trial court intended to make part of the record during the hearing on Ferris's motion for new trial but are missing from the record filed with this Court. *See* Tex. R. App. P. 34.5(c) (allowing supplementation of relevant item omitted from clerk's record). The reporter's record of the new-trial hearing shows that the trial court instructed counsel on what should be put in the record and "needs to be in the record" as part of this case.

We grant the motion, abate the appeal, and remand this cause to the trial court for determination of whether documents that it intended for inclusion in the record are missing and, if so, whether the record should be supplemented with those documents under seal. *See id.* A

supplemental reporter's record containing the trial court's ruling, any exhibits, and any supplemental sealed clerk's record, shall be filed with this Court by **March 19, 2026**. *See* Tex. R. App. P. 34.5(c)(3). The appeal will be reinstated after the filing of the supplemental reporter's record and any supplemental sealed clerk's record.

It is ordered on February 17, 2026.

Before Chief Justice Byrne, Justices Theofanis and Crump

Abated and Remanded

Filed: February 17, 2026

Do Not Publish